UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SAUNDERS,<br><br>　　　Plaintiff,<br><br>vs.<br><br>MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE,<br><br>　　　Defendant.<br>_____ | CASE NO: CV 08-8371 DMG (AGRx)<br><br>ORDER FOR DISMISSAL<br><br>[49]   JS6 |

Based on the Stipulation of the Parties, and for Good Cause shown:

**IT IS HEREBY ORDERED** that this matter is dismissed in its entirety, without prejudice, with the parties to bear their own costs and fees of this action.

**IT IS SO ORDERED.**

DATED: March 29, 2010     _____

　　　　　　　　　　　　　　　The Honorable Dolly M. Gee
　　　　　　　　　　　　　　　United States District Judge